[This opinion has been published in *Ohio Official Reports* at 81 Ohio St.3d 599.]

BEECHER ET AL., APPELLEES, *v.* OHIO STATE HOME SERVICES, INC.,

APPELLANT.

[Cite as *Beecher v. Ohio State Home Serv., Inc.*, 1998-Ohio-599.]

*Arbitration—Enforcing arbitration agreement—Requirement to defeat motion for stay brought pursuant to R.C. 2711.02.*

(No. 98-120—Submitted April 21, 1998—Decided May 13, 1998.)

CERTIFIED by the Court of Appeals for Summit County, No. 18439.

_____

*Javitch, Block, Eisen & Rathbone, Kenneth B. Baker* and *Michael D. Slodov*, for appellant.

_____

{¶ 1} The court of appeals, finding its judgment to be in conflict with the judgment of the Court of Appeals for Cuyahoga County in *Krafcik v. USA Energy Consultants, Inc.* (1995), 107 Ohio App.3d 59, 667 N.E.2d 1027, certified the record to this court for review and final determination.

{¶ 2} The judgment of the court of appeals is reversed on the authority of *ABM Farms, Inc. v. Woods* (1998), 81 Ohio St.3d 498, 692 N.E.2d 574.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.

_____